IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDRE LAMONT WOODS, | Case No. C 15-0497 PSG (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| E. VALENCIA, et al., | |
| Defendants. | |

On February 2, 2015, Andre Lamont Woods, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against his prison officials at California Mens Colony East in San Luis Obispo, California. Because San Luis Obispo County lies within the venue of the Central District of California, venue properly lies in that district and not in this one.[1] Accordingly, this case is TRANSFERRED to the Central District of California.[2] The Clerk shall terminate any pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 3/17/2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 15-0497 PSG (PR)
ORDER OF TRANSFER