UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 15-2014-CBM (KS)                        Date: December 7, 2015

Title  *Andre Lamont Woods v. E. Valencia et al*

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | C/S |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: ORDER TO SHOW CAUSE RE: DISMISSAL**

     On August 13, 2015, the Court dismissed Plaintiff's Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint no later than September 14, 2015 if he wanted to pursue this action. On September 28, 2015, two weeks after Plaintiff failed to file a First Amended Complaint by the September 14, 2015 deadline, the Court ordered Plaintiff to show cause why the matter should not be dismissed for failure to prosecute. On October 21, 2015, based on Plaintiff's October 8, 2015 response, the Court discharged the Order To Show Cause and ordered Plaintiff to file a First Amended Complaint no later than November 20, 2015. (Dkt. No. 15.) The Court expressly cautioned Plaintiff that no further extensions would be given in the absence of "extraordinary circumstances."

     More than 15 days have now passed since the deadline for Plaintiff's First Amended Complaint, and Plaintiff has neither filed the First Amended Complaint nor communicated with the Court regarding his case since October 8, 2015. Accordingly, the Clerk is directed to re-send Plaintiff the Court's October 21, 2015 Order, and **Plaintiff is ORDERED TO SHOW CAUSE, on or before December 29, 2015, why this action should not be dismissed for failure to prosecute and comply with court orders.**

     To discharge this Order, Plaintiff must file: (1) a declaration signed under penalty of perjury that establishes good cause for Plaintiff's failure to comply with the Court's October 21, 2015 order; <u>and</u> (2) a First Amended Complaint. Alternatively, if Plaintiff does not wish to proceed with this action, he may file a document entitled Notice Of Voluntary Dismissal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 15-2014-CBM (KS)            Date: December 7, 2015

Title   <u>Andre Lamont Woods v. E. Valencia et al</u>

      **Plaintiff's failure to timely respond to this order and establish good cause for his failure to comply with the October 7, 2015 order <u>will</u> result in a recommendation to dismiss this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

      **IT IS SO ORDERED.**

                                                                                                                                  :

**Initials of Preparer**      rh