UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRÉ LAMONT WOODS, | ) | NO. CV 15-2014-CBM (KS) |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED |
| E. VALENCIA, et al, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, First Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

.

DATED: March 8, 2016

_____
CONSEULO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1