**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRÉ LAMONT WOODS, | ) | NO. CV 15-2014-CBM (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| E. VALENCIA, et al, | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 8, 2016

_____
CONSEULO B. MARSHALL
UNITED STATES DISTRICT JUDGE